UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Gerald D. Libersat, *et al* | * | Civil Action |
| | * | No. 6:19-CV-00421-RRS-CBW |
| versus | * | |
| | * | Judge Robert Summerhayes |
| Sundance Energy, Inc., LLC, *et al* | * | Magistrate Judge Carol Whitehurst |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs, Charles E. Scarbrough, Testamentary Executor of the Succession of Gerald D. Libersat, and Julie Romero Libersat, in the above named case. Hereby appeal to the United States Court of Appeal for the Fifth Circuit, from the Order entered January 31, 2020 as document 37, granting the Motions to Dismiss for Lack of Jurisdiction brought by SEA Eagle Ford, LLC, Sundance Energy, Inc., and Noble Energy, Inc., dismissing plaintiffs claims without prejudice.

EDWARDS & EDWARDS
Post Office Box 217
Abbeville, LA 70511-0217
Telephone: 337-893-2884
Facsimile:  337-898-1285
Email: chad@chadedwardslaw.com

BY: */s/ R. Chadwick Edwards, Jr.*
R. Chadwick Edwards, Jr.,
Louisiana Bar No. 5293

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing motion was filed electronically with the Clerk providing CM/ECF notice to all Counsel of Record
February 18, 2020
   */s/ R. Chadwick Edwards, Jr.*