UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **GERALD D LIBERSAT ET AL** | **CASE NO. 6:19-CV-00421** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **SUNDANCE ENERGY INC ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**ORDER**

Presently before the Court is the Motion for Injunctive Relief filed by defendants Sundance Energy, Inc., and SEA Eagle Ford, LLC [ECF No. 41]. Defendant Noble Energy, Inc. joined in the Motion for Injunctive Relief. For the reasons stated in the Court's Memorandum Ruling,

IT IS ORDERED THAT the Court **GRANTS** the Motion for Injunctive Relief [ECF No. 41] **IN PART**, and **DENIES** the motion **IN PART**;

IT IS FURTHER ORDERED THAT the Court **GRANTS** the moving defendants' request for injunctive relief. Plaintiffs Charles E. Scarbrough, as Executor of the Estate of Gerald D. Libersat, and plaintiff Julie Libersat are hereby **ENJOINED** from taking any further actions or otherwise prosecuting this case in the 15th JDC, Vermilion Parish, Louisiana, unless and until such time as this Court may issue an order of remand;

IT IS FURTHER ORDERED THAT all orders entered by the 15th JDC after this case was removed are void *ab initio* and hereby **VACATED**; and

IT IS FURTHER ORDERED THAT the moving defendants' motion for attorneys' fees and costs under 28 USC Section 1927 is **DENIED** without prejudice to re-urging this request at a later stage of the case.

THUS DONE in Chambers on this 7th day of August, 2020.

Robert R. Summerhays
United States District Judge